# EXHIBIT A

### Jonathan Rivera

**From:** Darehn Ehrhardt <darehn@tsmail.us>
**Sent:** Friday, November 2, 2018 11:46 AM
**To:** Jonathan Rivera
**Subject:** RE: Purchase Order 157294 from Stag Arms LLC

From my understanding yes. This is a blurb we send out to business when we partner with them to address that very question actually:

- Tactical Superiority is a U.S. based original equipment manufacturer, registered with the U.S. Government. All items manufactured by Tactical Superiority will be manufactured in accordance with specifications and/or drawings by the U.S. Government or our customers. Items procured, and not specifically manufactured by/for Tactical Superiority are purchased from U.S. manufacturers and/or U.S. Government suppliers.

Thanks,

**Darehn Ehrhardt**
Senior Account Executive
**Tactical Superiority, Inc./
Sol Invictus Arms**
305 North Drive  Suite G
Melbourne, FL 32934
W: 321.426.7531
darehn@tsmail.us



---

**From:** Jonathan Rivera <jonathan@stagarms.com>
**Sent:** Friday, November 2, 2018 11:19 AM
**To:** Darehn Ehrhardt <darehn@tsmail.us>
**Subject:** RE: Purchase Order 157294 from Stag Arms LLC

Ok, does that mean your sources are manufacturing in the US as well?

Thanks,

1



**Jonathan Rivera**
*Inventory & Purchasing Manager*
**Stag Arms**
p: 860.229.9994x223
f: 860.229.3738
w: www.stagarms.com

This email, including attachment(s) is subject to restrictions pursuant to the Arms Export Control Act (22 U.S.C. 2778); federal regulations, including, but not limited to, the International Traffic in Arms Regulations (22 C.F.R. 120, et seq.); and/or other federal laws and regulations. The export or other transfer of this email and/ or attachment(s) outside of the United States, whether in original form, altered form, as a constituent part, or otherwise, is prohibited without proper, prior authorization from the United States State Department and/or other departments and agencies of the United States. Violations may be punished by criminal and/or civil penalties. This email and/or attachment(s) may be subject to other restrictions. Stag Arms, LLC does not provide legal advice; you should consult your own legal counsel regarding these issues.

**From:** Darehn Ehrhardt <darehn@tsmail.us>
**Sent:** Friday, November 2, 2018 11:03 AM
**To:** Jonathan Rivera <jonathan@stagarms.com>
**Subject:** RE: Purchase Order 157294 from Stag Arms LLC

Hey Jonathan –

Anything we don't machine ourselves we buy here in the US.

Thanks,

**Darehn Ehrhardt**
Senior Account Executive
**Tactical Superiority, Inc./
Sol Invictus Arms**
305 North Drive  Suite G
Melbourne, FL 32934
W: 321.426.7531
darehn@tsmail.us




**From:** Jonathan Rivera <jonathan@stagarms.com>
**Sent:** Thursday, November 1, 2018 5:37 PM
**To:** Darehn Ehrhardt <darehn@tsmail.us>
**Subject:** RE: Purchase Order 157294 from Stag Arms LLC

Hey Darehn,

2

I am not sure if I asked but are your parts made in the USA?

Thanks,



**Jonathan Rivera**
*Inventory & Purchasing Manager*
**Stag Arms**
p:  860.229.9994x223
f:   860.229.3738
w:  www.stagarms.com

*This email, including attachment(s) is subject to restrictions pursuant to the Arms Export Control Act (22 U.S.C. 2778); federal regulations, including, but not limited to, the International Traffic in Arms Regulations (22 C.F.R. 120, et seq.); and/or other federal laws and regulations.  The export or other transfer of this email and/ or attachment(s) outside of the United States, whether in original form, altered form, as a constituent part, or otherwise, is prohibited without proper, prior authorization from the United States State Department and/or other departments and agencies of the United States.  Violations may be punished by criminal and/or civil penalties. This email and/or attachment(s) may be subject to other restrictions. Stag Arms, LLC does not provide legal advice; you should consult your own legal counsel regarding these issues.*

**From:** Darehn Ehrhardt <darehn@tsmail.us>
**Sent:** Friday, October 26, 2018 2:15 PM
**To:** Jonathan Rivera <jonathan@stagarms.com>
**Subject:** RE: Purchase Order 157294 from Stag Arms LLC

Of course.  300 each at a time or just 300 now?

Thanks,

**Darehn Ehrhardt**
Senior Account Executive
**Tactical Superiority, Inc./**
**Sol Invictus Arms**
305 North Drive  Suite G
Melbourne, FL 32934
W: 321.426.7531
darehn@tsmail.us



**From:** Jonathan Rivera <jonathan@stagarms.com>
**Sent:** Friday, October 26, 2018 2:12 PM

3

Stag Arms LLC

515 John Downey Dr
New Britain, CT 06051

# Purchase Order

| Date | P.O. No. |
|---|---|
| 11/7/2018 | 157315 |

| Vendor |
|---|
| Tactical Superiority<br>305 North Drive, Suite G<br>Melbourne, FL 32934 |

| Ship To |
|---|
| Stag Arms LLC<br>515 John Downey Dr<br>New Britain, CT 06051 |

| Terms |
|---|
| Net 30 |

| Item | Description | Qty | Rate | MPN | Expected | Amount |
|---|---|---|---|---|---|---|
| STAG300644 | Ambi Charging Handle - Steel Version | 500 | 11.25 | 734264 | ASAP | 5,625.00 |
| STAG300644 | Ambi Charging Handle - Steel Version | 500 | 11.25 | 734264 | 12/3/18 | 5,625.00 |

| | Total | $11,250.00 |
|---|---|---|

Stag Arms LLC

515 John Downey Dr
New Britain, CT 06051

# Purchase Order

| Date | P.O. No. |
|---|---|
| 11/12/2018 | 157329 |

| Vendor | Ship To |
|---|---|
| Tactical Superiority<br>305 North Drive, Suite G<br>Melbourne, FL 32934 | Stag Arms LLC<br>515 John Downey Dr<br>New Britain, CT 06051 |

| | Terms |
|---|---|
| | Net 30 |

| Item | Description | Qty | Rate | MPN | Expected | Amount |
|---|---|---|---|---|---|---|
| STAG300644 | Ambi Charging Handle - Steel Version | 1,000 | 11.25 | 734264. | ASAP | 11,250.00 |

| | Total | $11,250.00 |
|---|---|---|

Stag Arms LLC

515 John Downey Dr
New Britain, CT 06051

# Purchase Order

| Date | P.O. No. |
|---|---|
| 11/13/2018 | 157332 |

| Vendor | Ship To |
|---|---|
| Tactical Superiority<br>305 North Drive, Suite G<br>Melbourne, FL 32934 | Stag Arms LLC<br>515 John Downey Dr<br>New Britain, CT 06051 |

RECEIVED IN FULL

| Terms |
|---|
| Net 30 |

| Item | Description | Qty | Rate | MPN | Expected | Amount |
|---|---|---|---|---|---|---|
| STAG300644 | Ambi Charging Handle - Steel Version | 480 | 11.25 | 734264 | ASAP | 5,400.00 |

**Total** $5,400.00

Stag Arms LLC

515 John Downey Dr
New Britain, CT 06051

# Purchase Order

| Date | P.O. No. |
|---|---|
| 11/15/2018 | 157349 |

| Vendor | Ship To |
|---|---|
| Tactical Superiority<br>305 North Drive, Suite G<br>Melbourne, FL 32934 | Stag Arms LLC<br>515 John Downey Dr<br>New Britain, CT 06051 |

RECEIVED IN FULL

| Terms |
|---|
| Net 30 |

| Item | Description | Qty | Rate | MPN | Expected | Amount |
|---|---|---|---|---|---|---|
| STAG300644 | Ambi Charging Handle - Steel Version | 500 | 11.25 | 734264 | ASAP | 5,625.00 |

| | Total | $5,625.00 |
|---|---|---|

Stag Arms LLC

515 John Downey Dr
New Britain, CT 06051

# Purchase Order

| Date | P.O. No. |
|---|---|
| 11/23/2018 | 157362 |

| Vendor | Ship To |
|---|---|
| Tactical Superiority<br>305 North Drive, Suite G<br>Melbourne, FL 32934 | Stag Arms LLC<br>515 John Downey Dr<br>New Britain, CT 06051 |

| | Terms |
|---|---|
| | Net 30 |

| Item | Description | Qty | Rate | MPN | Expected | Amount |
|---|---|---|---|---|---|---|
| STAG300644 | Ambi Charging Handle - Steel Version | 10,000 | 10.50 | 734264 | ASAP | 105,000.00 |

**Total** $105,000.00