UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Stag Arms, LLC,<br>　　　　Plaintiff, | Case No.: 3:19-CV-00303-JCH |
| v. | |
| Sol Invictus Arms, LLC and Tactical Superiority d/b/a Tactical Superiorty Inc./Sol Invictus Arms<br>　　　　Defendant. | March 28, 2019 |

## CORPORATE DISCLOSURE STATEMENT OF STAG ARMS, LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Stag Arms, LLC (a private non-governmental corporate party) certifies as follows:

1.　　No publicly held corporation owns 10% or more of Stag Arms, LLC's stock.  No publicly held corporation owns 10% or more of the stock of any corporate parent, affiliate and/or subsidiary of Stag Arms, LLC."

```
                              PLAINTIFF,
                              STAG ARMS, LLC

                         BY: _____
                              James M. Nugent    ct08822
                              Harlow, Adams & Friedman, P.C.
                              One New Haven Avenue, Suite 100
                              Milford, CT 06460
                              Tele No. (203)878-006
                              Fax No. (203)878-9568
                              Jmn@quidproquo.com
```

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Corporate Disclosure Statement of Stag Arms, LLC was filed and served upon all counsel of record via the Court's CM/ECF system.

_____
James M. Nugent