UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STAG ARMS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOL INVICTUS ARMS, LLC, et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.:<br>3:19CV00303(JCH)<br><br><br><br><br><br>APRIL 11, 2019 |

## APPEARANCE

TO THE CLERK OF THIS HONORABLE COURT and all parties of record:

Please enter my appearance as counsel in this case for Defendants Sol Invictus Arms, LLC and Tactical Superiority, Inc. D/B/A Tactical Superiority, Inc./Sol Invictus Arms.

*[signature]*

Stephen J. Curley (ct #09821)
Law Offices of Stephen J. Curley, LLC
One Atlantic Street, Suite 710
Stamford, CT 06901
Telephone (203) 327-1317
Facsimile (203) 276-8768
Email: scurley@cur-law.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a true and correct paper copy of the foregoing will be sent those indicated as non-registered participants via first class mail, postage prepaid, on this the 11th day of April, 2019:

James M. Nugent, Esq.
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
jmn@quidproquo.com

John D. Giampolo, Esq.
Ice Miller LLP
1500 Broadway, 29th Floor
New York, NY 10036
John.Giampolo@icemiller.com

_____
Stephen J. Curley