UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STAG ARMS, LLC,<br><br>          Plaintiff,<br>v.<br><br>SOL INVICTUS ARMS, LLC, and TACTICAL SUPERIORITY, INC., d/b/a TACTICAL SUPERIORITY, INC./SOL INVICTUS ARMS,<br><br>          Defendants. | Civil Action No. 3:19-cv-303<br><br>April 22, 2019 |

## MOTION FOR ADMISSION PRO HAC VICE

The Plaintiff, Stag Arms, LLC, moves the admission of John D. Giampolo, pro hac vice, to represent the Plaintiff in all aspect of this litigation.

1. The address for Attorney John D. Giampolo, Ice Miller, LLP, 1500 Broadway, 29th Floor, New York, New York 10036, telephone number: (212) 824-4950.

2. Attorney Giampolo is a member in good standing of the Bar of the State of New York and also the U.S. District Court for the District of New York.

3. Attorney Giampolo has not been denied admission nor disciplined by this Court or any other Court. Attorney Giampolo acquired a detailed knowledge and familiarity with the facts and circumstances pertaining to the Plaintiff's cause of action and the Plaintiff desires to have him represent it in the instant lawsuit.

4. For all of the above reasons and those set forth in Attorney Giampolo's Affidavit, good cause exists to admit A Attorney Giampolo *pro hac vice* to represent Stag Arm, LLC.

Respectfully submitted,


By: ___/s/ James M. Nugent_____
James M. Nugent    ct08822
HARLOW, ADAMS & FRIEDMAN, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Telephone: (203) 878-0661
Facsimile: (203) 878-9568
E-Mail: jmn@quidproquo.com


Motion for Pro Hac Vice.doc

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Corporate Disclosure Statement of Stag Arms, LLC was filed and served upon all counsel of record via the Court's CM/ECF system.

/s/ James M. Nugent
James M. Nugent

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STAG ARMS, LLC,<br><br>  Plaintiff,<br>v.<br><br>SOL INVICTUS ARMS, LLC, and<br>TACTICAL SUPERIORITY, INC., d/b/a<br>TACTICAL SUPERIORITY, INC./SOL<br>INVICTUS ARMS,<br><br>  Defendants. | Civil Action No. 3:19-cv-303<br><br>April 16, 2019 |

**AFFIDAVIT IN SUPPORT OF ADMISSION PRO HAC VICE**

STATE OF NEW YORK    :
                     :  ss:
COUNTY OF            :

I, John D. Giampolo, being duly sworn hereby depose and state:

1. I am over the age of 18 years and believe in the obligations of an oath.

2. I am an attorney duly licensed to practice law before the courts of the State of New York and before the United States District Court for the Southern District of New York. I was admitted to the bar in New York on July 19, 2005 and have practiced continuously since.

3. I make this affidavit in support of my application for admission *pro hac vice* to this Court in the case of Stag Arms, LLC v. Sol Invictus Arms, LLC, et al. The following is of my own knowledge and, if called upon, I would and could testify competently thereto.

4. I am employed by the law firm of ICE MILLER, LLP, attorneys for Stag Arms, LLC, in the above captioned matter. ICE MILLER, LLP has an office located at 1500 Broadway, 29th Floor, New York, New York 10036. Telephone 212-824-4950; Fax 212-824-4951; Email john.giampolo@icemiller.com.

5. I have not had nor do I have any grievance proceedings pending against me, I have never been denied admission to practice law, reprimanded, suspended, or placed on inactive status, nor have I been disbarred, nor resigned from the practice of law. I have not been convicted of a crime.

6. I respectfully request admission *pro hac vice* for the limited purpose of handling litigation aspects of the case captioned above due to my prior representation of and familiarity with the business of Stag Arms, LLC.

7. I have carefully reviewed the jurisdictional provision of Title 28 U.S.C., the F.R. Civ. Pro. and the F.R. Crim. Pro. and the local rules of this Court.

8. Attorney James M. Nugent of the firm of Harlow, Adams & Friedman, One New Haven Avenue, Suite 100, Milford, CT 06460 will act as local counsel in this case and will be present at all proceedings, will sign all pleadings, briefs and other papers filed with the court and will further assume further responsibility for them and for the conduct of the case and my activities in it should this motion be granted.

WHEREFORE, I respectfully request the Court grant my motion for admission *pro hac vice*.

_____
John D. Giampolo

Sworn and subscribed to before me on this 16 day of April, 2019.

_____
Commissioner of the Superior Court /
Notary Public
Commission expires:_____

FITZGERALD ANGRAND
Notary Public, State of New York
Registration #02AN6366954
Qualified In Westchester County
Commission Expires Nov. 6, 2021