UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STAG ARMS, LLC,<br><br>                Plaintiff,<br>v.<br><br>SOL INVICTUS ARMS, LLC, and<br>TACTICAL SUPERIORITY, INC., d/b/a<br>TACTICAL SUPERIORITY, INC./SOL<br>INVICTUS ARMS,<br><br>                Defendants. | Civil Action No. 3:19-cv-303 |

### AMENDED AFFIDAVIT IN SUPPORT OF ADMISSION PRO HAC VICE

STATE OF NEW JERSEY        :
                                        : ss:
COUNTY OF MONMOUTH   :

      I,     John D. Giampolo, being duly sworn hereby depose and state:

      1.     I am over the age of 18 years and believe in the obligations of an oath.

      2.     I am an attorney duly licensed to practice law before the courts of the State of New York and the United States District Court for the Southern District of New York, registration number 4316360 and bar code number JG0906, respectively. I was admitted to the bar in New York on July 19, 2005 and have practiced continuously since.

      3.     I make this affidavit in support of my application for admission *pro hac vice* to this Court in the case of Stag Arms, LLC v. Sol Invictus Arms, LLC, et al. The following is of my own knowledge and, if called upon, I would and could testify competently thereto.

      4.     I am employed by the law firm of ICE MILLER, LLP, attorneys for Stag Arms, LLC, in the above captioned matter. ICE MILLER, LLP has an office located at 1500

Broadway, 29th Floor, New York, New York 10036. Telephone 212-824-4950; Fax 212-824-4951; Email john.giampolo@icemiller.com.

5. I have not had nor do I have any grievance proceedings pending against me, I have never been denied admission to practice law, reprimanded, suspended, or placed on inactive status, nor have I been disbarred, nor resigned from the practice of law. I have not been convicted of a crime.

6. I respectfully request admission *pro hac vice* for the limited purpose of handling litigation aspects of the case captioned above due to my prior representation of and familiarity with the business of Stag Arms, LLC.

7. I have carefully reviewed the jurisdictional provision of Title 28 U.S.C., the F.R. Civ. Pro. and the F.R. Crim. Pro. and the local rules of this Court.

8. Attorney James M. Nugent of the firm of Harlow, Adams & Friedman, One New Haven Avenue, Suite 100, Milford, CT 06460 will act as local counsel in this case and will be present at all proceedings, will sign all pleadings, briefs and other papers filed with the court and will further assume further responsibility for them and for the conduct of the case and my activities in it should this motion be granted.

WHEREFORE, I respectfully request the Court grant my motion for admission *pro hac vice*.

_____
John D. Giampolo

Sworn and subscribed to before me on this 15th day of May, 2019.

_____
Commissioner of the Superior Court / Notary Public
Commission expires: 9/9/2021

ALLISON ADCOCK
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEP 9, 2021