## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STAG ARMS, LLC,<br><br>                  Plaintiff,<br>v.<br><br>SOL INVICTUS ARMS, LLC, and<br>TACTICAL SUPERIORITY, INC., d/b/a<br>TACTICAL SUPERIORITY, INC./SOL<br>INVICTUS ARMS,<br><br>                  Defendants. | Civil Action No. 3:19-cv-00303 |

## **REPORT OF PARTIES PLANNING MEETING**

The parties submit the following Report of their F.R.C.P. 26(f) conference.

1.    The conference was held on May 28, 2019 (the "**Conference**") by John D. Giampolo for Plaintiff with Defendants' counsel.

2.    Initial Disclosures. The parties will complete these within 14 days after the Conference pursuant to Rule 26(a)(1).

3.    Discovery Plan.

    a)    Discovery will be needed on: documents, electronic and otherwise; witnesses; statements; claims; defenses; damages; experts.

    b)    Electronically stored information shall be provided to the opposing party in a format accessible by the recipient.

    c)    Written discovery shall be served by June 21, 2019 and shall be answered by July 22, 2019 or within 30 days after service. Plaintiffs reserve the right to serve additional written discovery after June 21, 2019 if Defendants have not filed an answer to the complaint by June 5, 2019.

   d) Depositions shall be completed by September 20, 2019.

   e) Expert witness reports shall be exchanged by the parties by August 21, 2019.

   f) Privilege Claims.  A log shall be maintained identifying all claims.

  4. Dispositive motions shall be filed by October 31, 2019.

  5. Settlement Prospects.  The parties have engaged in settlement discussions but no settlement exists.

  6. Rule 26(a)(3) materials will be submitted in accordance with the requirements of that Rule.  Objections will likewise conform to that Rule.

  7. Length of Trial.  1 week.

| Plaintiff,<br>STAG ARMS, LLC<br><br><br><br>/s/ James M. Nugent<br><br>James. M. Nugent, Esq.<br>John D. Giampolo, Esq.<br>Counsel for Plaintiff | Defendants,<br>SOL INVICTUS ARMS, LLC, and<br> TACTICAL SUPERIORITY, INC., d/b/a<br> TACTICAL SUPERIORITY, INC./SOL<br> INVICTUS ARMS<br><br>/s/ Stephen J. Curley<br><br>Stephen J. Curley, Esq.<br>Ed Kinberg, Esq. (*pro hac* admission<br> pending)<br>Counsel for Defendants |