UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STAG ARMS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SOL INVICTUS ARMS, LLC, and TACTICAL SUPERIORITY, INC., d/b/a TACTICAL SUPERIORITY, INC./SOL INVICTUS ARMS,<br><br>　　　　　　Defendants. | Civil Action No. 3:19-cv-00303<br><br><br><br>September 18, 2019 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-captioned Plaintiff and or their counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　The Plaintiff,
　　　　　　　　　　　　　　　　　　　Stag Arms, LLC

　　　　　　　　　　　　　　　　　　　By:　/s/ James M. Nugent
　　　　　　　　　　　　　　　　　　　James. M. Nugent, Esq.
　　　　　　　　　　　　　　　　　　　HARLOW, ADAMS & FRIEDMAN, P.C.
　　　　　　　　　　　　　　　　　　　One New Haven Avenue, Suite 100
　　　　　　　　　　　　　　　　　　　Milford, CT 06460
　　　　　　　　　　　　　　　　　　　Telephone: (203) 878-0661
　　　　　　　　　　　　　　　　　　　Facsimile: (203) 878-9568
　　　　　　　　　　　　　　　　　　　E-Mail: jmn@quidproquo.com

　　　　　　　　　　　　　　　　　　　By:　/s/ John D. Giampolo
　　　　　　　　　　　　　　　　　　　John D. Giampolo, Esq.
　　　　　　　　　　　　　　　　　　　ICE MILLER LLP
　　　　　　　　　　　　　　　　　　　1500 Broadway, 29th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　Tel: (212) 824-4950
　　　　　　　　　　　　　　　　　　　John.Giampolo@icemiller.com

## CERTIFICATION OF SERVICE

    This is to certify that a copy of the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) of Stag Arms, LLC was filed and served upon all counsel of record via the Court's CM/ECF system.

.

                                       /s/ James M. Nugent
                                       James M. Nugent